1  Ronald S. Kravitz, Esq. (SBN: 129704)
       rkravitz@linerlaw.com
2  Michael M. Carlson, Esq. (SBN: 88048)
       mcarlson@linerlaw.com
3  LINER YANKELEVITZ
      SUNSHINE & REGENSTREIF LLP
4  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
5  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
6
   Mark A. Watkins (*pro hoc vice* admission to be sought)
7      mwatkins@hahnlaw.com
   Shannon V. McCue (*pro hoc vice* admission to be sought)
8      smccue@hahnlaw.com
   Amanda H. Wilcox (*pro hoc vice* admission to be sought)
9      awilcox@hahnlaw.com
   HAHN LOESER & PARKS
10 One GOJO Plaza, Suite 300
   Akron, Ohio 44311-1076
11 Telephone: (330) 864-5550
   Facsimile: (330) 865-7986
12
   Attorneys for Plaintiff
13 LIFELOCK, INC.

FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-fil...

CV 08    3193   BZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFELOCK, INC., <br> 60 E. Rio Salado Parkway, Suite 400 <br> Tempe, AZ 85281, <br><br> Plaintiff, <br><br> vs. <br><br> TRUSTEDID, INC., <br> 555 Twin Dolphin Drive, Suite 610 <br> redwood City, CA 94065, <br><br> Defendant. | Case No. <br><br> **CERTIFICATION REGARDING INTERESTED PARTIES** <br><br> [Pursuant to F.R.Civ.P. 7.1 and L.R. 3-16] |

---

CERTIFICATION REGARDING INTERESTED PARTIES

0030060/001/ 38466v01

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3  Dated: July 2, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

HAHN LOESER & PARKS

By: _____
Michael M. Carlson
Attorneys for Plaintiff
LIFELOCK, INC.

2
CERTIFICATION REGARDING INTERESTED PARTIES

0030060/001/ 38466v01