Clerk's Use Only

Initial for fee pd.:

Michael M. Carlson (SBN: 88048)
LINER YANKELEVITZ SUNSHINE & REGENSTREIF, LLP
199 Fremont Street, Suite 2000
San Francisco, CA 94105-2255
Telephone: (415) 489-7700; Facsimile (415) 489-7701

FILED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LIFELOCK, INC.
60 E. Rio Salado, Suite 400
Tempe, AZ 85281,

        Plaintiff(s),

        v.

TRUSTEDID, INC.
555 Twin Dolphin Drive, Suite 610
Redwood City, CA 94065,

        Defendant(s).

CASE NO. CV-08-003193 BZ

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, SHANNON V. MCCUE, an active member in good standing of the bar of THE STATE OF OHIO, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff LIFELOCK, INC. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Michael M. Carlson, Esq., LINER YANKELEVITZ, 199 Fremont Street, Suite 2000, San Francisco, CA 94105-2255; Telephone (415) 489-7700.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/10/2008

Shannon V. McCue