RECEIVED

JUL 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

LIFELOCK, INC.
60 E. Rio Salado, Suite 400
Tempe, AZ 85281,

**CASE NO. CV-08-003193**

Plaintiff(s),

v.

**(Proposed)**
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

TRUSTEDID, INC.
555 Twin Dophin Drive, Suite 610
Redwood City, CA 94065,

Defendant(s).

SHANNON V. MCCUE                                    , an active member in good standing of the bar of

THE STATE OF OHIO                                   whose business address and telephone number

(particular court to which applicant is admitted)

is

HAHN LOESER & PARKS, One GOJO Plaza, Suite 300, Akron, Ohio 44311-1076;
Tel. (330) 864-5550

,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff LIFELOCK, INC.                    .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California