**RECEIVED**
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LIFELOCK, INC.<br>60 E. Rio Salado, Suite 400<br>Tempe, AZ 85281, | CASE NO. CV-08-003193 |
| Plaintiff(s),<br>v.<br>TRUSTEDID, INC.<br>555 Twin Dophin Drive, Suite 610<br>Redwood City, CA 94065,<br>Defendant(s). | **(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

SHANNON V. MCCUE , an active member in good standing of the bar of

THE STATE OF OHIO whose business address and telephone number

(particular court to which applicant is admitted)

is

HAHN LOESER & PARKS, One GOJO Plaza, Suite 300, Akron, Ohio 44311-1076; Tel. (330) 864-5550

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff LIFELOCK, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 23 July 08

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California