RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

LIFELOCK, INC.
60 E. Rio Salado, Suite 400
Tempe, AZ 85281,

           Plaintiff(s),

v.

TRUSTEDID, INC.
555 Twin Dophin Drive, Suite 610
Redwood City, CA 94065,

           Defendant(s).

CASE NO. CV-08-003193

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

AMANDA H. WILCOX, an active member in good standing of the bar of THE STATE OF OHIO whose business address and telephone number (particular court to which applicant is admitted) is

HAHN LOESER & PARKS, One GOJO Plaza, Suite 300, Akron, Ohio 44311-1076; Tel. (330) 864-5550,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff LIFELOCK, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 23 July 08

_____
United States Magistrate Judge